CHARLES E. RICE, as Administrator, etc., of KENNETH M. RICE, Deceased,

Appellant, v. JAMES SCARLETT, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.